143 A.3d 888

**Kinta STANTON, Petitioner**

**v.**

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent.**

**No. 75 EM 2016.**

Supreme Court of Pennsylvania.

June 27, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of June, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**